UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Maury Demond Melton**　　　　　　　　　　　　　　**Docket No. 5:09-CR-361-1BO**

**Petition for Action on Supervised Release**

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maury Demond Melton, who, upon an earlier plea of guilty to Possession With Intent to Distribute More Than 5 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 17, 2010, to the custody of the Bureau of Prisons for a term of 98 months. Upon motion of the defendant pursuant to 18 U.S.C. § 3582(c)(2), the sentence was reduced from 98 months to 79 months on November 18, 2014. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Maury Demond Melton was released from custody on October 30, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 23, 2016, the defendant tested positive for marijuana, which was confirmed through laboratory analysis on December 4, 2016. During a home inspection on December 6, 2016, Melton acknowledged that he smoked marijuana on November 21, 2016, and he signed an admission of drug use form. He has agreed to participate in substance abuse treatment as directed. Additionally, Melton will be placed in the DROPS Program. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use – Two Days; Second Use – Five Days; Third Use – Ten Days. The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

Maury Demond Melton
Docket No. 5:09-CR-361-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: December 7, 2016

### ORDER OF THE COURT

Considered and ordered this 8 day of December, 2016, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge