UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Maury Demond Melton**               Docket No. 5:09-CR-361-1BO

## Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maury Demond Melton, who, upon an earlier plea of guilty to Possession With Intent to Distribute More Than 5 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 17, 2010, to the custody of the Bureau of Prisons for a term of 98 months. Upon a motion of the defendant pursuant to 18 U.S.C. § 3582(c)(2), the sentence was reduced from 98 months to 79 months on November 18, 2014. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Maury Demond Melton was released from custody on October 30, 2015, at which time the term of supervised release commenced. On December 7, 2016, a Petition for Action was submitted advising that the defendant tested positive for marijuana on November 23, 2016. Melton was verbally reprimanded for this drug use, counseled about his actions, and agreed to participate in substance abuse treatment as directed. The court ordered that the defendant participate in drug aftercare as well as the DROPS Program to start at the second use level.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 25, 2017, the defendant tested positive for marijuana via instant urine screen. Melton acknowledged that he smoked marijuana on October 7, 2017, and he signed an admission of drug use form. Although the defendant is ordered to complete 5 days per the DROPS Program, this sanction would jeopardize his employment; therefore, we are recommending that he placed on 60 days curfew with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Maury Demond Melton
Docket No. 5:09-CR-361-1BO
Petition For Action
Page 2

Reviewed and approved,      I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Dewayne L. Smith
Dewayne L. Smith
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2338
Executed On: October 31, 2017

## ORDER OF THE COURT

Considered and ordered this ___1___ day of __November__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge